BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:12-MJ-00060-JLT |
|---|---|
| Plaintiff, | GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |
| v. | |
| BELEN ESPINOZA-AGUILAR, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned complaint in this matter charging an escape. The defendant will serve out the rest of his term in the custody of the Bureau of Prisons.

Dated: June 4, 2014                           BENJAMIN B. WAGNER
                                              United States Attorney

                                         By:  /s/ KAREN A. ESCOBAR
                                              KAREN A. ESCOBAR
                                              Assistant United States Attorney

IT IS SO ORDERED.

   Dated:  **June 5, 2014**                       **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE

MOTION TO DISMISS AND PROPOSED ORDER